IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Larry Harrison, | ) | Civil No. 8:13-cv-0874 DCN |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Warden Leroy Cartledge, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On March 6, 2014, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and granted respondent's motion for summary judgment. On March 7, 2014, judgment was entered in this case by the Clerk of Court. On March 10, 2014, petitioner filed his objections to the Magistrate Judge's Report and Recommendation. It appears from a review of the file and petitioner's objections that said objections were timely, as they were due on February 28, 2014, and pursuant to petitioner's certificate of service were delivered to the legal mail office at McCormick Correctional Institution on February 27, 2014. However, the objections were not received in the Clerk of Court's office until March 10, 2014. Now therefore,

**IT IS HEREWITH ORDERED** that this court's Order filed on March 6, 2014, granting respondent's motion for summary judgment, and the judgment filed on March 7, 2014 are herewith **VACATED**, and this matter is herewith reinstated for consideration of petitioner's objections.

    **AND IT IS SO ORDERED.**

                                                                          DAVID C. NORTON
                                                                         United States District Judge

March 11, 2014
Charleston, South Carolina